**OLSHAN FROME WOLOSKY LLP**
1325 Avenue of the Americas
New York, New York 10019
Tel: (212) 451-2300
Fax: (212) 451-2222
e-mail: alustigman@olshanlaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>  v.<br><br>ALEXANDER QUAGLIA, RYCHARD MCKEOWN, BRENT NISHIGUCHI, NAVIGATOR MARKETING LTD., and ROCKPORT PROMOTIONAL MARKETING LLC,<br><br>                         Defendants. | Case No. : 18-cv-01102-KAM-SMG<br><br>**AMENDED CERTIFICATE OF NOTICE OF**<br>**TEMPORARY RESTRAINING ORDER** |

       In accordance with the terms of the Temporary Restraining Order signed by the Court on February 21, 2018, notice of such Temporary Restraining Order was provided to the parties listed on the attached Exhibit A by electronic mail at the electronic mail addresses contained on the Exhibit. Such notice was provided on February 28, 2018.

Dated:  New York, New York
         March 1, 2018

                                                  */s/ Andrew B. Lustigman*
                                                  Andrew B. Lustigman
                                                  **OLSHAN FROME WOLOSKY, LLP**
                                                  1325 Avenue of the Americas
                                                  New York, New York, 10019
                                                  Tel: 212.451.2300
                                                  E-mail: alustigman@olshanlaw.com

                                                  *Attorneys for Defendants*

4529317-1

# EXHIBIT A

Mikata Trade Co Ltd, via email, koji@mitakatrade.com

World Business Associates LLC, via email, lorenzo@wbabiz.com

Global Payments, via email, bill@globalpaymentsnow.com

Enveloprint Doo, via email vladan@enveloprint.com

EMS Trading Corp, via email info@emstradingcorp.com

4529317-1