**OLSHAN FROME WOLOSKY LLP**
1325 Avenue of the Americas
New York, New York 10019
Tel: (212) 451-2300
Fax: (212) 451-2222
e-mail: alustigman@olshanlaw.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER QUAGLIA, RYCHARD MCKEOWN, BRENT NISHIGUCHI, NAVIGATOR MARKETING LTD., and ROCKPORT PROMOTIONAL MARKETING LLC,<br>　　　　　　　　　　　Defendants. | Case No. : 18-cv-01102-KAM-SMG<br><br>**AMENDED CERTIFICATE OF NOTICE OF <u>TEMPORARY RESTRAINING ORDER</u>** |

　　　　In accordance with the terms of the Temporary Restraining Order signed by the Court on February 21, 2018, notice of such Temporary Restraining Order was provided to the parties listed on the attached Exhibit A by electronic mail at the electronic mail addresses contained on the Exhibit. Such notice was provided on February 28, 2018 and March 5, 2018.

Dated:　New York, New York
　　　　March 6, 2018

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew B. Lustigman*
　　　　　　　　　　　　　　　　　　　　　　　Andrew B. Lustigman
　　　　　　　　　　　　　　　　　　　　　　　**OLSHAN FROME WOLOSKY, LLP**
　　　　　　　　　　　　　　　　　　　　　　　1325 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　New York, New York, 10019
　　　　　　　　　　　　　　　　　　　　　　　Tel: 212.451.2300
　　　　　　　　　　　　　　　　　　　　　　　E-mail: alustigman@olshanlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

4529317-1

# EXHIBIT A

Mikata Trade Co Ltd, via email, koji@mitakatrade.com

World Business Associates LLC, via email, lorenzo@wbabiz.com

Global Payments, via email, bill@globalpaymentsnow.com

Enveloprint Doo, via email vladan@enveloprint.com

EMS Trading Corp, via email info@emstradingcorp.com

UPS Canada, via email fraud@ups.com

Way-Bri Expresss, via email Whandzlik@waybriexpress.com